IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
OCT 15 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

ALPHONSO ALEXANDER

Case No. 2:19mj533
Court Date: December 12, 2019

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation Notice No. 6118373

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 30, 2019, at the Rockwell Hall Gymnasium at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, ALPHONSO ALEXANDER, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)-Violation Notice No. 6118372

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 30, 2019, at the Rockwell Hall Gymnasium at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ALPHONSO ALEXANDER, did have in his possession a blackjack.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-311.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

10 October 2019
Date